FILED
2021 Jun-22  PM 04:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No:** |
| **JEREMY BERNARD BROWN** | ) | |

## INFORMATION

### COUNT ONE:  [18 U.S.C. § 922(a)(6)]

The United States charges that:

On or about the 20th day of July 2020, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

### JEREMY BROWN,

in connection with the acquisition of a firearm, specifically, a **SCCY 9mm pistol**, **a New England .32 caliber pistol**, **a Taurus 9mm pistol** bearing serial number ABE583755, **a Kahr .40 caliber pistol**, and **a Taurus .380 caliber pistol** bearing serial number 1F056812, all from Three Factors Unlimited, Inc., doing business as Wade's Jewelry & Pawn Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Wade's Jewelry & Pawn Shop, which statement was intended likely to deceive Wade's Jewelry & Pawn Shop, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title

18, in that the defendant falsely represented that he was the actual purchaser of the firearms on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Record, when, in fact, as he then knew, he was not the actual purchaser of the firearms, in violation of Title 18, United States Code, Section 922(a)(6).

PRIM F. ESCALONA
United States Attorney

*/s/ Electronic Signature*
KRISTY M. PEOPLES
Assistant United States Attorney